**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**J. Guadalupe TORRES–VASQUEZ,**
**Defendant—Appellant.**

No. 05–50856.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

Alessandra P. Serano, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Before: B. FLETCHER, TROTT, CALLAHAN, Circuit Judges.

MEMORANDUM **

J. Guadalupe Torres–Vasquez appeals the sentence imposed following his guilty plea to illegal reentry following deportation in violation of 8 U.S.C. § 1326.

Torres–Vasquez contends that the district court violated his Sixth Amendment rights by enhancing his sentence based on a prior conviction not admitted or found by a jury. He contends that this court should hold that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) should be limited to situations where the defendant admits the prior conviction and subsequent deportation during a plea colloquy and that this

court's case law has been effectively overruled by *Shepard v. United States,* 544 U.S. 13, 125 S.Ct. 1254, 161 L.Ed.2d 205, (2005), and other recent Supreme Court decisions. These contentions are foreclosed. *See United States v. Weiland,* 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres* even though it has been called into question, unless it is explicitly overruled by the Supreme Court).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

